# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LONG, | Case No. CV 15-00536 PSG (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| NORMA ALEJO, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: 1/23/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE